# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# STATESBORO DIVISION

| | | |
|---|---|---|
| STANDARD INSURANCE COMPANY, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CV619-084 |
| | ) | |
| YATHOMAS LEE RILEY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Before the Court is defendant Riley's Motion for Extension of Time to File Answer. Doc. 17. Also before the Court is defendants Eileen and Joseph Amodio's Motion for Default Judgment. Doc. 18. Defendant Riley's motion was filed as a "consent motion" on November 14. It was consented to by plaintiff, but apparently not by the remaining defendants, and set an extended answer deadline of November 20. Doc. 17 at 2. However, defendants Amodio's motion for default judgment—which the Court does not construe as an objection to the extension—does suggest some opposition to defendant Riley's motion.[1] Doc. 18. In order

---

[1] The Court notes that defendants Amodio have also filed a Motion for a Clerk's Entry of Default, doc. 19, a necessary precursor to a Motion for Entry of Default.

to allow defendants Amodio the time to respond to defendant Riley's motion, the Court will extend the proposed answer date in defendant Riley's motion to fourteen days after the Court rules on defendant Riley's motion.[2] If defendants Amodio wish to oppose the extension, they must do so within the Court's response times as required by S.D. Ga. L. R. 7.5.

**SO ORDERED,** this 22nd day of November, 2019.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[2] Likewise, the Court notes that defendant Riley has filed an Answer to the complaint. Doc. 20. The Court will consider that Answer as held in abeyance pending an order on the motion for extension of time.