# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# STATESBORO DIVISION

| | | |
|---|---|---|
| STANDARD INSURANCE COMPANY, | ) | |
| | ) | |
| Interpleader-Plaintiff, | ) | |
| | ) | |
| v. | ) | CV619-084 |
| | ) | |
| YATHOMAS LEE RILEY, et al., | ) | |
| | ) | |
| Interpleader-Defendants. | ) | |

## ORDER

Before the Court is defendants Amodio's Motion to Compel.  Doc. 42.  This motion was filed before the informal discovery dispute resolution procedure had taken place as dictated in the undersigned's Standard Procedures for Discovery Disputes and Settlement Conferences.  *See* docket entry dated September 16, 2019.  Accordingly, the motion is **DISMISSED** as premature.  Doc. 42.  However, having held a telephonic status conference on the motion, the Court **DIRECTS** the parties to confer within fourteen days from the date of this Order regarding any outstanding discovery.  Defendants Amodio shall further have thirty days from the date of this Order to file any motion to compel discovery they contest remains outstanding after consultation with defendant Riley.  Also, within thirty days from the date of this Order, the parties should submit a proposed scheduling order extending

any deadlines necessary to complete discovery.

    **SO ORDERED,** this 27th day of July, 2020.

                                                CHRISTOPHER L. RAY
                                                UNITED STATES MAGISTRATE JUDGE
                                                SOUTHERN DISTRICT OF GEORGIA