IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

STATESBORO DIVISION

| | |
|---|---|
| STANDARD INSURANCE COMPANY,<br><br>  Plaintiff,<br><br>v.<br><br>YATHOMAS LEE RILEY, JOSEPH AMODIO, as Guardian of minor G.W.R., and EILEEN AMODIO, as Guardian of minor G.W.R.,<br><br>  Defendants. | Civil Action<br>File No.:     6:19-CV-00084-RSB-CLR |

# ORDER

Defendants Joseph and Eileen Amodio having moved this Court for an order directing the remote deposition of Defendant Yathomas Lee Riley and for an extension of time, which is **GRANTED** (doc. 63), it is hereby ordered:

1. The State of Georgia Department of Corrections and the warden of Smith State Prison shall make inmate YaThomas Lee Riley available for a remote video deposition and shall provide a room and video-conferencing technology for the remote attendance by the court reporter and attorneys at a time available for the attorneys, within 45 days of the date of this Order.

2. Defendant YaThomas Riley is ordered to attend the deposition at the time organized by the Department of Corrections.

3. The court reporter can attend remotely and administer the oath remotely, and the attorneys can attend remotely.

4. The deadline for Defendants Amodio to depose Defendant Riley is extended accordingly.

5. Within fourteen days of the completion of the deposition of Defendant Riley, counsel are directed to request a telephonic status conference with the undersigned to address the then-current state of the underlying criminal case, the outstanding Motion to Stay (doc. 58), and the schedule for any remaining discovery and motions practice.

6. The parties' joint motion to extend the deadline to file dispositive motions is **GRANTED**. Doc. 65. The deadline for the parties to file dispositive motions is extended until forty-five days after the deposition of Defendant Riley has been taken, pursuant to the terms discussed above.

SO ORDERED this 18th day of February, 2021.

By: _____
Christopher L. Ray
United States Magistrate Judge
Southern District of Georgia

- 2 -