IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| STANDARD INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>    v.<br><br>YATHOMAS LEE RILEY; JOSEPH AMODIO, as Guardian of minor G.W.R.; and EILEEN AMODIO, as Guardian of minor G.W.R.,<br><br>    Defendants. | CIVIL ACTION NO.: 6:19-cv-84 |

**O R D E R**

The Court held a telephonic hearing in this case, at which time all parties remaining in the case indicated that a stay of the case is appropriate pending the conclusion or termination of Defendant Yathomas Riley's separate and ongoing criminal proceedings. (See doc. 100.) Accordingly, this case is **STAYED** until further order of the Court. The Court will schedule a status conference at a later date to determine whether it is appropriate for the stay to be lifted or whether, instead, the stay should remain in place.

**SO ORDERED**, this 31st day of August, 2022.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA