IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| STANDARD INSURANCE COMPANY, | |
| Plaintiff, | CIVIL ACTION NO.: 6:19-cv-84 |
| v. | |
| YATHOMAS LEE RILEY; JOSEPH AMODIO, as Guardian of minor G.W.R.; and EILEEN AMODIO, as Guardian of minor G.W.R., | |
| Defendants. | |

**ORDER**

This matter is before the Court on filings by Defendant YaThomas Lee Riley entitled, "State's Brief in Response of Defendant's Amended Motion of New Trial," (docs. 107, 108), and the Response of Defendants Joseph Amodio and Eileen Amodio, (doc. 109). Defendant Riley's brief is largely unintelligible and appears to raise issues related to criminal proceedings against him in the Superior Court of Lee County, not the civil case pending in this Court. To the extent Riley requests any relief pertaining to this case through these pleadings, the Court **DENIES** those requests. Given the information provided in the Amodio Defendants' Response regarding the pendency of Defendant Riley's appeal, this case remains **STAYED**.

**SO ORDERED**, this 21st day of February, 2024.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA